IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO.  3:05cr155HTW-JCS

CHRISTI ELAINE BENNER

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses the Criminal Indictment against the defendant, CHRISTI ELAINE BENNER, without

prejudice.


DUNN LAMPTON
United States Attorney


Date:   August 21, 2007                   s/Harold H. Brittain.
                                  By:    HAROLD H. BRITTAIN
                                         Assistant U.S. Attorney
                                         Mississippi Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 24th day of August, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE